# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2774
LT Case No. 2023-SC-019540

_____

KAC 2021-1, LLC, as Assignee of
CINDY PETERS,

    Appellant,

    v.

TREASURE COAST GATEWAYS,
INC.,

    Appellee.

_____

On appeal from the County Court for Brevard County.
Kenneth Friedland, Judge.

Brian K. Korte, of Korte & Associates, PLLC, Singer Island, for
Appellant.

D. Johnathan Rhodeback, of Dill, Evans & Rhodeback, Sebastian,
for Appellee.

January 21, 2025

PER CURIAM.

    AFFIRMED. *See Applegate v. Barnett Bank of Tallahassee,* 377
So. 2d 1150, 1152 (Fla. 1979).

EDWARDS, C.J., and WALLIS and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____